IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>PAULINE M. HALEY<br>a/k/a PAULINE M. MARCHESE-HALEY<br>a/k/a PUALINE M. MARCHESE,<br><br>　　　　Debtor. | NO. 09-20866<br>CHAPTER 13<br><br><br><br>JUDGE JOHN H. SQUIRES |

## STATEMENT OF OUTSTANDING OBLIGATIONS

　　　Now comes REAL TIME RESOLUTIONS, INC., its successors and/or assigns (hereinafter referred to as "REAL TIME"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

　　　1.　That on June 8, 2009, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

　　　2.　That REAL TIME is a creditor of the Debtor with respect to a certain *second* mortgage upon real estate, with a common address of 10540 South Central Avenue, Chicago ridge, Illinois 60415.

　　　3.　That, on May 27, 2011, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

　　　4. That, as of this date, creditor's records still reflect a balance of $2,604.51, which represents payments from April 1, 2010 through June 1, 2011, at $150.75 each and $375.00 in advances.

　　　5. That this statement is filed in response to trustee's Notice and is intended to comply with the requirements set forth in said notice.

　　　　　　　　　　　　　　　　　　Respectively Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Terri M. Long
　　　　　　　　　　　　　　　　　　TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois  60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for REAL TIME RESOLUTIONS, INC., its Successors and/or Assigns